# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **QUINCY BLAKLEY & KIMBERLY JOHNSON** | § § § | |
| | § | |
| *Plaintiffs,* | § | |
| **v.** | § | **CIVIL ACTION NO: 3:21-cv-2422** |
| | § | |
| **GOLABS, INC., TAO MOTORS, INC.** | § | |
| **LONGMAN ZHAO, & QUIONG LI** | § | |
| | § | |
| *Defendants.* | § | |

## INDEX OF STATE COURT MATERIALS

| No. | Date Filed or Entered | Document |
|---|---|---|
| A-1 | N/A | Docket Sheet |
| A-2 | 08/27/2021 | Plaintiff's Original Petition |
| A-3 | 08/27/2021 | Citation issued to Quiong Li |
| A-4 | 08/27/2021 | Citation issued to Longman Zhao |
| A-5 | 08/27/2021 | Citation issued to Tao Motors, Inc. |
| A-6 | 08/27/2021 | Citation issued to Golabs, Inc. |
| A-7 | 08/31/2021 | Notice of Initial Dismissal Hearing |
| A-8 | 09/16/2021 | Return of Service, citation delivered to Quiong Li |
| A-9 | 09/16/2021 | Return of Service, citation delivered to Golabs, Inc. |
| A-10 | 09/16/2021 | Return of Service, citation delivered to Tao Motors, Inc. |
| A-11 | 09/16/2021 | Return of Service, citation delivered to Longman Zhao |

# EXHIBIT A-1

## Case Information

DC-21-11752 | QUINCY BLAKLEY et al vs. GOLABS, INC. et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-11752 | 193rd District Court | WHITMORE, BRIDGETT |
| File Date | Case Type | Case Status |
| 08/27/2021 | EMPLOYMENT | OPEN |

## Party

**PLAINTIFF**
BLAKLEY, QUINCY

Active Attorneys ▾
Lead Attorney
BHATTI, VINCENT J
Retained

**PLAINTIFF**
JOHNSON, KIMBERLY

Active Attorneys ▾
Lead Attorney
BHATTI, VINCENT J
Retained

**DEFENDANT**
GOLABS, INC.

Address
2201 LUNA ROAD
CARROLLTON TX 75006

**DEFENDANT**
TAO MOTORS, INC

Address

2201 LUNA ROAD
CARROLLTON TX 75006

---

DEFENDANT
ZHAO, LONGMAN

Address
2201 LUNA ROAD
CARROLLTON TX 75006

---

DEFENDANT
LI, QUIONG

Address
2201 LUNA ROAD
CARROLLTON TX 75006

---

# Events and Hearings

08/27/2021 NEW CASE FILED (OCA) - CIVIL

08/27/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

08/27/2021 ISSUE CITATION ▾

ISSUE CITATION - 4. QUIONG LI

ISSUE CITATION - 3. LONGMAN ZHAO

ISSUE CITATION - 2. TAO MOTORS, INC.

ISSUE CITATION - 1. GOLABS, INC.

09/07/2021 CITATION ▾

Served
09/10/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/16/2021
Comment
GOLABS, INC.

09/07/2021 CITATION ▾

Served
09/09/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/16/2021
Comment
TAO MOTORS, INC.

09/07/2021 CITATION ▾

Served
09/09/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/16/2021
Comment
LONGMAN ZHAO

09/07/2021 CITATION ▾

Served
09/10/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/16/2021
Comment
QUIONG LI

09/16/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - QUIONG LI

Comment
EXECUTED CITATION - QUIONG LI

09/16/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - GOLABS, INC.

Comment
EXECUTED CITATION - GOLABS, INC.

09/16/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - TAO MOTORS, INC.

Comment
EXECUTED CITATION - TAO MOTORS, INC.

09/16/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - LONGMAN ZHAO

Comment
EXECUTED CITATION - LONGMAN ZHAO

10/08/2021 DISMISSAL FOR WANT OF PROSECUTION ▾

193RD Initial Dismissal Notice

Judicial Officer
WHITMORE, BRIDGETT

Hearing Time
1:30 PM

# Financial

BLAKLEY, QUINCY
Total Financial Assessment                                    $324.00
Total Payments and Credits                                    $324.00

Case 3:21-cv-02422-L   Document 1-1   Filed 10/01/21   Page 8 of 49   PageID 11

| 8/30/2021 | Transaction Assessment | | | $324.00 |
| 8/30/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 56788-2021-DCLK | BLAKLEY, QUINCY | ($324.00) |

## Documents

ORIGINAL PETITION

193RD Initial Dismissal Notice

ISSUE CITATION - 4. QUIONG LI

ISSUE CITATION - 3. LONGMAN ZHAO

ISSUE CITATION - 2. TAO MOTORS, INC.

ISSUE CITATION - 1. GOLABS, INC.

EXECUTED CITATION - QUIONG LI

EXECUTED CITATION - GOLABS, INC.

EXECUTED CITATION - TAO MOTORS, INC.

EXECUTED CITATION - LONGMAN ZHAO

# EXHIBIT A-2

FILED
8/27/2021 4:16 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Angie Avina DEPUTY

DC-21-11752

**CAUSE NO.**_____

| | | |
|---|---|---|
| QUINCY BLAKLEY & KIMBERLY JOHNSON | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| GOLABS, INC., TAO MOTORS, INC., LONGMAN ZHAO & QUIONG LI | § § § § | 193rd |
| Defendants. | § § | _____JUDICIAL DISTRICT |

## PLAINTIFF'S PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Quincy Blakely and Kimberly Johnson, ("Plaintiffs") brings this action against Defendants GoLabs, Inc., Tao Motors, Inc., Longman Zhao, and Quiong Li for violating the laws of the United States of America, as well as the State of Texas, and alleges the following:

### I.       PARTIES

1.       Plaintiff, Quincy Blakely, is an individual who is a resident of Denton County, Texas and can be reached by and through her counsel of record, Vincent Bhatti and Ditty Bhatti, The Bhatti Law Firm, 5700 Tennyson Parkway, Suite 300, Plano, TX 75024.

2.       Plaintiff, Kimberly Johnson, is an individual who is a resident of Denton County, Texas and can be reached by and through her counsel of record, Vincent Bhatti and Ditty Bhatti, The Bhatti Law Firm, 5700 Tennyson Parkway, Suite 300, Plano, TX 75024.

3.       Defendant, GoLabs, Inc. is a Texas corporation that is authorized to do and does business in Dallas County, Texas and may be served at its corporate headquarters located at 2201 Luna Road, Carrollton, TX 75006 or wherever it might be found.

**PLAINTIFF'S PETITION**                                                                                          **PAGE 1**

4.      Defendant, Tao Motors, Inc. is an individual who is a resident of Denton County, Texas and may be served at his place of business located at 2201 Luna Road, Carrollton, TX 75006 or wherever it might be found.

5.      Defendant, Longman Zhao, based on all information and knowledge, is an individual officer and/or owner equity owner of both Tao Motors, Inc. and GoLabs, Inc. who is a resident of Denton County, Texas and may be served at his place of business located at 2201 Luna Road, Carrollton, TX 75006 or wherever it might be found.

6.      Defendant, Quiong Li, based on all information and knowledge, is an individual officer and/or equity owner who is a resident of Denton County, Texas and may be served at his place of business located at 2201 Luna Road, Carrollton, TX 75006 or wherever it might be found.

## II.      JURISDICTION, VENUE, AND DISCOVERY PLAN

7.      Plaintiffs were employed by GoLabs, Inc., Tao Motors, Inc., Longman Zhao, and Quiong Li (collectively referred to as "Defendants") within the meaning of the Fair Labor Standards Act, 29 U.S.C. §201 et seq. ("FLSA"), the Family Medical Leave Act ("FMLA"), the American with Disabilities Act ("ADA") and the Texas Commission on Human Rights Act ("TCHRA").  At all times hereinafter mentioned, Plaintiffs were individual employees who was engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. §§206-207, FMLA, ADA, and TCHRA.

8.      Defendants are all engaged in commerce or the production of goods for commerce within the meaning of the FLSA, FMLA, and ADA are obligated to ensure that all employees are paid in accordance with the FLSA.

9.      This Court has jurisdiction to hear the merits of Plaintiffs' claims because state courts have concurrent jurisdiction with federal courts on cases filed under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b), ADA, FMLA, and TCHRA.  In addition, Plaintiff's damages are within the jurisdictional limit.

10.      Venue is proper as to all parties in Dallas County, Texas, because the facts that are basis of this lawsuit all occurred in Dallas County and Defendants either do business or live in Dallas County.  By all knowledge and belief, Defendants reside in Dallas County and all Defendants do business in Dallas County.

11.      All conditions precedent were performed or have occurred.

12.      Pursuant to 29 U.S.C. § 216(b), Plaintiffs brings their FLSA claims as a collective action on behalf of themselves and all other similarly situated employees of Defendant who elect to opt into this action.

13.      Plaintiffs intend that discovery will be conducted in accordance with a Level 2 discovery control plan pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.  Plaintiffs seek monetary relief between $200,000 and $1,000,000.

### III.    FACTS

14.      At all times relevant to this case, GoLabs, Inc, Tao Motors, Inc., Longman Zhao, and Quiong Li (collectively referred to hereinafter as "Defendants") were an "employer" of Quincy Blakely and Kimberly Johnson (collectively referred to hereinafter as "Plaintiffs") within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d), the FMLA, ADA and TCHRA.

15.      At all times relevant to this case, Defendants have been an enterprise within the meaning of Section 3(r) of the FLSA, 29 U.S.C. § 203(r) and 203(s).

16.     At all times relevant to this case, Defendants have been an enterprise engaged in commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s) (1), in that said enterprises have had (a) employees engaged in commerce or in the production of goods or commerce, or (b) employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person.  In addition, said enterprise has had and has an annual gross volume of sales made or business done of not less than $500,000.00 (exclusive of excise taxes at the retail level which are separately stated).

17.     At all times relevant to this case, Plaintiffs were individual employees who were engaged in commerce pursuant to 29 U.S.C. §§ 206-207.

18.     Plaintiffs were employed by Defendants within the applicable statute of limitations.

19.     Plaintiff Blakely was employed by Defendants from approximately November 20, 2018 to February 17, 2020.

20.     Plaintiff Johnson was hired in Summer 2019 as a part-time customer service representative scheduled for approximately 16 hours per week.

21.     Plaintiff Johnson worked more than 40 hours per week on at least five (5) occasions without being paid proper time and half overtime.

22.     Plaintiff worked for Defendants in the role of Customer Service/Sales.

23.     Plaintiff consistently received excellent performance reviews and was never written up for behavior or performance.

24.     On or about January 16, 2020, by all information and knowledge, a former employee for Defendants sent death threats the day after he quit by email to department heads.

25.     On or about January 17, 2020, Plaintiff overheard Terry, the CEO, describe these threat to another employee named Denise Matos which included threats against management and employees.

26.     Plaintiff had anxiety attack when he learned of this threat.

27.     Due to several incidents, Plaintiff suffered from a disabling mental condition, namely Depression and Anxiety diagnosed in 2018.

28.     Plaintiff reported his disability to Defendants on more than one occasion and therefore Defendants were aware of Blakely's disability on or before January 16, 2020.

29.      After learning of the threat, Plaintiff requested that his disability be accommodated by allowing him to work from home.

30.     Several other non-disabled employees, in Blakely's same position regularly worked from home.

31.     Defendants did not provide FMLA paperwork to complete or engage in the interactive process as required under the ADA.

32.     Instead, Defendants requested that Plaintiff provide a doctor's note.

33.     On or about February 11, 2020, Plaintiff's doctor wrote that he should be entitled to an accommodation of working from home.  This note was forwarded to Defendants.

34.     On or about February 17, 2020, Blakely's access to Defendants' computer system was denied and he was terminated due to his disability and need for FMLA.

35.     In addition, Plaintiff regularly worked significant overtime hours consisting of hours over forty (40) hours in a workweek.

36.     Defendants did pay overtime for a period but then suddenly stopped paying time and a half overtime.

37.     Blakely requested that he be paid for his overtime hours in compliance with the FLSA overtime law by email on February 17, 2020 and was terminated two (2) hours later in retaliation for complaining about his need to be paid in compliance with the FLSA.

38.     The aforementioned acts and conduct by Defendants, its agents and employees were intentional, willful, wanton, malicious and outrageous.

### IV.     CAUSES OF ACTION - VIOLATIONS OF THE FLSA: OVERTIME AND RETALIATION – BLAKELY AND JOHNSON

39.     The preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

40.     Defendants failed to comply with 29 U.S.C. §§ 201-209, because both Plaintiffs performed services for Defendants for which no provisions were made by Defendants to properly pay Plaintiff for those hours worked in excess of forty within a workweek.

41.     Defendants began paying time and half in compliance with the FLSA, but then suddenly changed its practice and stopped doing so.

42.     Defendants failed to keep proper records of Plaintiffs' time worked as well as those records of similarly situated employees.

43.     Defendants failed to pay Johnson and Blakely their time and half pay for weeks in which they worked more than forty (40) hours in a week.

44.     As a result of Defendants' intentional, willful, and unlawful acts in refusing to pay Plaintiff time and one half her regular rate of pay for each hour worked in excess of forty (40) per workweek in one or more workweeks, Plaintiff has suffered damages plus incurring reasonably attorneys' fees and costs.

45.     Further, Plaintiff reported Defendant's failure to pay overtime and then was summarily terminated from his position in retaliation for making such reports.

46.     As a result of Defendants' willful violation of the FLSA, Plaintiffs are entitled to liquidated damages, interest, attorney's fees and court costs, back pay and front pay.

**FAMILY MEDICAL LEAVE ACT VIOLATION - BLAKELY**

47.     The preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

48.     The FMLA specifically provides that it is unlawful for an employer to discharge or in any other manner discriminate against an employee for exercising the employee's rights to take FMLA leave.  29 U.S.C. § 2615(a)(2).

49.     Plaintiff Blakely is an employee within the meaning of the FMLA.  Plaintiff was employed by Defendants for at least 12 months and worked at least 1,250 hours in the 12 months preceding the leave need.

50.     Defendants are employers within the meaning of the FMLA.  Defendants employed 50 or more employees for each working day of 20 or more calendar workweeks in the current or preceding calendar year.

51.     During the scope of his employment, Plaintiff' suffered a serious health concern and sought to take leave pursuant to the FMLA.

52.     Defendant violated its duty under the FMLA to identify the FMLA need and provide relevant paperwork for Plaintiff to apply for time off due to his serious health concern.

53.     Defendant unlawfully retaliated against Plaintiff for seeking leave under the FMLA.   Specifically, Defendant terminated Plaintiff after discovering Plaintiff had an FMLA need.

54.     As a direct and proximate result of Plaintiff's exercise of rights under the FMLA and his subsequent termination, Plaintiff has suffered and continues to suffer damages, including, but not limited to, lost wages, both past and future, and the value of benefits and fringe benefits.

55.     Because Plaintiff was forced to retain counsel to protect his rights, Plaintiff is also entitled to reasonable attorneys' fees, reasonable expert witness fees, and any other costs of court.  Additionally, Plaintiff is entitled to pre-judgment and post-judgment interest on all sums, including attorneys' fees and costs awarded in this action.

## DISABILITY DISCRIMINATION – AMERICAN WITH DISABILITIES ACT AND TEXAS COMMISSION ON HUMAN RIGHT ACTS – BLAKELY

56.     The preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

57.  Defendants are "covered entities" and an "employers" as defined by the American with Disabilities Act (ADA) at 42 U.S.C. § 12111(2) & (5) and TCHRA.

58.  Plaintiff Blakely is an "employee" as defined by the ADA at 42 U.S.C. §12111(4) and TCHRA.

59.  Defendants violated the ADA/TCHRA by discriminating against Plaintiff's Blakely based upon his disability in regards to her termination and failure to accommodate.

60.  Defendants were aware of Plaintiff's disability.

61.  Plaintiff's disability impaired one or more major life activities.

62.  Defendants failed to engage in the interactive process with Plaintiff Blakely despite numerous efforts of Plaintiff to explain his condition and requesting processes to obtain an accommodation.  Once Defendants learned of  Blakely's true disability in detail, they did not even try to accommodate Plaintiff or otherwise work with him to find a job he could do with accommodation.

63.  As such, Plaintiff was damaged and is entitled to damages under the ADA for such violations by Defendants.

64. Such discrimination has caused Plaintiff to suffer damages of severe emotional distress and lost wages and benefits. Such discrimination was committed with malice and reckless indifference to the rights of Plaintiff to be treated as a member of a protected class, and to the intent of the statute to protect victims from such actions. Such malicious or reckless indifference warrants punitive damages as provided in the American with Disabilities Act.

65. As a result of Defendant's discriminatory actions, Plaintiff has been denied opportunities to which he was entitled and such benefits and privileges that he would have received if he had not been intentionally discriminated against by Defendant. Plaintiff is now suffering and will continue to suffer past and future pecuniary loss, emotional anguish, suffering, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses. This irreparable injuries and monetary damages are the result of Defendants' discriminatory practices and they will continue unless and until this Court grants relief.

## VIII.   ATTORNEYS' FEES AND COSTS

66. The preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

67. Plaintiff is entitled to recover attorneys' fees and costs for bringing this action pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 et seq. and as allowed by the Texas Labor Code, the FMLA, ADA and the TCHRA.

## IX.   REQUEST FOR DISCLOSURE

68. Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff is requested to disclose within 50 days of service of this Answer, the information described in Rule 194.2 of the Texas Rules of Civil Procedure.

## X.   JURY DEMAND

69. Plaintiff requests a trial by jury.

## XI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, Quincy Blakley and Kimberly Johnson, respectfully request that this Court award her judgment against Defendants for the following:

a.  Actual and consequential damages;

b.  Liquidated damages;

c.  Attorneys' fees and expenses;

d.  Pre-judgment and post-judgment interest as allowed by law;

e.  Judgment against Defendants for an amount equal to Plaintiffs' unpaid back wages at the applicable overtime rate;

f.  Judgments against Defendants that their violations of the FLSA were willful;

g.  Costs of court; and

h.  Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**The Bhatti Law Firm, PLLC**

s/Vincent J. Bhatti
Vincent J. Bhatti
State Bar No. 24055169
Ditty S. Bhatti
State Bar No. 24062803
5700 Tennyson Parkway, Suite 300
Plano, TX 75024
Telephone: (214) 253-2533
Facsimile: (214) 279-0033
Vincent.bhatti@bhattilawfirm.com
Ditty.bhatti@bhattilawfirm.com
**ATTORNEYS FOR PLAINTIFF,
QUINCY BLAKELY AND
KIMBERLY JOHNSON**

# EXHIBIT A-3

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:   **QUIONG LI**
      **2201 LUNA ROAD**
      **CARROLLTON, TEXAS 75006**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **193rd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **QUINCY BLAKLEY & KIMBERLY JOHNSON**

Filed in said Court **27th day of August, 2021** against

**GOLABS, INC., TAO MOTORS, INC., LONGMAN ZHAO & QUIONG LI**
For Suit, said suit being numbered **DC-21-11752**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **AND REQUEST FOR DISCLOSURE,**
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 7th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
        ANGELA CONEJO

---

**ESERVE**

**CITATION**

**DC-21-11752**

**QUINCY BLAKLEY et al**
**vs.**
**GOLABS, INC. et al**

ISSUED THIS
**7th day of September, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**VINCENT J. BHATTI**
**THE BHATTI LAW FIRM PLLC**
**5700 TENNYSON PARKWAY, SUITE 300**
**PLANO, TEXAS 75024**
**214-253-2533**
vincent.bhatti@bhattilawfirm.com

DALLAS COUNTY
SERVICE FEES
NOT PAID

# OFFICER'S RETURN

Case No. : DC-21-11752

Court No.193rd District Court

Style: QUINCY BLAKLEY et al

vs.

GOLABS, INC. et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M. on the _____ day of _____, 20 _____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ day of _____,

20 _____, by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation    $ _____

For mileage    $ _____    of _____ County, _____

For Notary    $ _____    By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____
Notary Public _____ County

# EXHIBIT A-4

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

**ESERVE**

**CITATION**

DC-21-11752

**QUINCY BLAKLEY et al**
**vs.**
**GOLABS, INC. et al**

ISSUED THIS
**7th day of September, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**VINCENT J. BHATTI**
THE BHATTI LAW FIRM PLLC
5700 TENNYSON PARKWAY, SUITE 300
PLANO, TEXAS 75024
214-253-2533
vincent.bhatti@bhattilawfirm.com

DALLAS COUNTY
SERVICE FEES
NOT PAID

**To:   LONGMAN ZHAO**
**2201 LUNA ROAD**
**CARROLLTON, TEXAS 75006**

GREETINGS:
You have been sued.   You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.   Your answer should be addressed to the clerk of the **193rd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **QUINCY BLAKLEY & KIMBERLY JOHNSON**

Filed in said Court **27th day of August, 2021** against

**GOLABS, INC., TAO MOTORS, INC., LONGMAN ZHAO & QUIONG LI**
For Suit, said suit being numbered **DC-21-11752**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **AND REQUEST FOR DISCLOSURE**,
a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 7th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
        ANGELA CONEJO

# OFFICER'S RETURN

Case No. : DC-21-11752

Court No.193rd District Court

Style: QUINCY BLAKLEY et al

vs.

GOLABS, INC. et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ .M. on the _____, at _____ o'clock _____ .M. Executed at _____,

within the County of _____ at _____ day of _____,

20 _____, by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation    $ _____

For mileage             $ _____        of _____ County, _____

For Notary              $ _____        By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

# EXHIBIT A-5

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:  TAO MOTORS, INC.
     2201 LUNA ROAD
     CARROLLTON, TEXAS 75006

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **193rd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **QUINCY BLAKLEY & KIMBERLY JOHNSON**

Filed in said Court **27th day of August, 2021** against

**GOLABS, INC., TAO MOTORS, INC. LONGMAN ZHAO & QUIONG LI**
For Suit, said suit being numbered **DC-21-11752**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **AND REQUEST FOR DISCLOSURE,** a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas.
Given under my hand and the Seal of said Court at office this 7th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
        ANGELA CONEJO

---

ESERVE

**CITATION**

DC-21-11752

**QUINCY BLAKLEY et al**
vs.
**GOLABS, INC. et al**

ISSUED THIS
**7th day of September, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**VINCENT J. BHATTI**
THE BHATTI LAW FIRM PLLC
5700 TENNYSON PARKWAY, SUITE 300
PLANO, TEXAS 75024
214-253-2533
vincent.bhatti@bhattilawfirm.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. : DC-21-11752

Court No.193rd District Court

Style: QUINCY BLAKLEY et al

vs.

GOLABS, INC. et al

Came to hand on the _____ day of _____, 20 ____, at _____ o'clock ____.M. Executed at _____,

within the County of _____ at _____ o'clock ____.M. on the _____ day of _____,

20 ____, by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation     $ _____

For mileage              $ _____         of _____ County, _____

For Notary               $ _____         By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 ____,

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

# EXHIBIT A-6

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

**To:**   **GOLABS, INC.**
**2201 LUNA ROAD**
**CARROLLTON, TEXAS  75006**

**GREETINGS:**
You have been sued.   You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you. In addition  to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.   Your answer should be addressed to the clerk of the **193rd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **QUINCY BLAKLEY & KIMBERLY JOHNSON**

Filed in said Court **27th day of August, 2021** against

**GOLABS, INC., TAO MOTORS, INC., LONGMAN ZHAO & QUIONG LI**
For Suit, said suit being numbered **DC-21-11752**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **AND REQUEST FOR DISCLOSURE**,
a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas.
Given under my hand and the Seal of said Court at office this 7th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
        ANGELA CONEJO

---

**ESERVE**

**CITATION**

DC-21-11752

**QUINCY BLAKLEY et al**
**vs.**
**GOLABS, INC. et al**

ISSUED THIS
**7th day of September, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**VINCENT J. BHATTI**
THE BHATTI LAW FIRM PLLC
5700 TENNYSON PARKWAY, SUITE 300
PLANO, TEXAS 75024
214-253-2533
vincent.bhatti@bhattilawfirm.com

DALLAS COUNTY
SERVICE FEES
NOT PAID

# OFFICER'S RETURN

Case No. : DC-21-11752

Court No.193rd District Court

Style: QUINCY BLAKLEY et al

vs.

GOLABS, INC. et al

Came to hand on the _____ day of _____, 20 ____, at _____ o'clock ____ .M. on the _____ day of _____,

within the County of _____ at _____ o'clock ____ .M. Executed at _____

20 ____, by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation  $ _____

For mileage  $ _____  of _____ County, _____

For Notary  $ _____  By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 ____,

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

# EXHIBIT A-7



DC-21-11752

**QUINCY BLAKLEY et al**            **IN THE DISTRICT COURT**

**vs.**                                              **193ᴿᴰ JUDICIAL DISTRICT**

**GOLABS, INC. et al**                   **DALLAS COUNTY TEXAS**

<u>**NOTICE OF INITIAL DISMISSAL HEARING**</u>

Counsel or Pro Se Plaintiff:

This case is set for a hearing on the Initial Dismissal Docket, as per Tex. R. Civ. P. 165a, for **THURSDAY**, **October 08, 2021,** at 1:30 p.m. in the 193rd District Court Courtroom.

1.      If no Defendant has been served as evidenced by no return of citation having been filed with the court on or before the Dismissal Hearing, the case is subject to being dismissed at the Dismissal Hearing;

2.      If service has been made on a Defendant, but no answer has been filed (and any such answer is past due before the Dismissal Hearing Date), you must obtain a default judgment on or before the Dismissal Hearing, or the case is subject to being dismissed at the Dismissal Hearing.  You are encouraged to submit requests for default by submission with affidavit.

3.      If service on at least one Defendant has been made and the citation has been returned to the Court before the Dismissal Hearing, but the time to file an answer has not yet expired, then the Dismissal Hearing should be reset.  Please contact the Court Administrator to obtain reset. You are expected to obtain a default judgment before the reset date of the Dismissal Hearing/Status Conference, or the case is subject to being dismissed.

4.      If an answer is filed on or before the Dismissal Hearing, the case will be referred to the Court Coordinator to be set for trial, if not already set.

SIGNED this August 31, 2021

_____
The Honorable Bridgett N. Whitmore,
193rd Judicial District Court

# EXHIBIT A-8

FILED
9/16/2021 10:25 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Irasema Sutherland DEPUTY

CAUSE NO. <u>DC-21-11752</u>

| | | |
|---|---|---|
| **QUINCY BLAKLEY &** | § | **IN THE DISTRICT COURT** |
| **KIMBERLY JOHNSON,** | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **vs.** | § | **193RD JUDICIAL DISTRICT** |
| | § | |
| **GOLABS, INC., TAO MOTORS, INC.,** | § | |
| **LONGMAN ZHAO & QUIONG LI,** | § | |
| **Defendant(s).** | § | **DALLAS COUNTY, TEXAS** |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Wednesday, September 8, 2021 at 4:04 PM,**
Executed at: **2201 LUNA ROAD, CARROLLTON, TX 75006**
within the county of **DALLAS** at **12:19 PM, on Friday, September 10, 2021,**
by individually and personally delivering to the within named:

### QUIONG LI

a true copy of this

### CITATION; PLAINTIFF'S PETITION and NOTICE OF INITIAL DISMISSAL HEARING

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Steven J. Treni** who after being duly sworn on oath states: "My name is **Steven J. Treni.** I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____

Steven J. Treni - PSC 912 - Exp 4/30/23
served@specialdelivery.com

Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this
14th day of September, 2021.



Notary Public in and for the State of Texas

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 125236312
My Comm. Exp. March 21, 2025

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

To: QUIONG LI
2201 LUNA ROAD
CARROLLTON, TEXAS 75006

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the 193rd District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being QUINCY BLAKLEY & KIMBERLY JOHNSON

Filed in said Court 27th day of August, 2021 against

**GOLABS, INC., TAO MOTORS, INC., LONGMAN ZHAO & QUIONG LI**
For said suit being numbered DC-21-11752, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **AND REQUEST FOR DISCLOSURE,** a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 7th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By _____ , Deputy
ANGELA CONEJO

---

**ESERVE**

**CITATION**

DC-21-11752

QUINCY BLAKLEY et al
vs.
GOLABS, INC. et al

ISSUED THIS
7th day of September, 2021

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**VINCENT J. BHATTI**
THE BHATTI LAW FIRM PLLC
5700 TENNYSON PARKWAY, SUITE 300
PLANO, TEXAS 75024
214-253-2533
vincent.bhatti@bhattilawfirm.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. : DC-21-11752

Court No.193rd District Court

Style: QUINCY BLAKLEY et al

vs.

GOLABS, INC. et al

Came to hand on the _____ day of _____, 20___ at _____ o'clock _____.M. Executed at _____

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____,

20___ _____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation $ _____

For mileage $ _____ of _____ County.

For Notary $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20___ _____.

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

## RETURN / AFFIDAVIT
## PROOF / ATTACHED

# EXHIBIT A-9

FILED
9/16/2021 10:25 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Irasema Sutherland DEPUTY

Case 3:21-cv-02422-L   Document 1-1   Filed 10/01/21   Page 39 of 49   PageID 42

## CAUSE NO. <u>DC-21-11752</u>

| | | |
|---|---|---|
| QUINCY BLAKLEY &<br>KIMBERLY JOHNSON, | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff(s),** | § | |
| vs. | § | **193RD JUDICIAL DISTRICT** |
| | § | |
| GOLABS, INC., TAO MOTORS, INC.,<br>LONGMAN ZHAO & QUIONG LI, | § | |
| | § | |
| **Defendant(s).** | § | **DALLAS COUNTY, TEXAS** |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Wednesday, September 8, 2021 at 4:04 PM,**
Executed at: **2201 LUNA ROAD, CARROLLTON, TX 75006**
within the county of **DALLAS** at **12:19 PM, on Friday, September 10, 2021,**
by delivering to the within named:

### GOLABS, INC.

By personally delivering to **Registered Agent, QUIONG LI**
a true copy of this

### CITATION; PLAINTIFF'S PETITION and NOTICE OF INITIAL DISMISSAL HEARING

having first endorsed thereon the date of the delivery.

BEFORE ME, the undersigned authority, on this day personally appeared **Steven J. Treni** who after being duly sworn on oath states: "My name **is Steven J. Treni.** I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____
    Steven J. Treni - PSC 1912 - Exp 4/30/23
    served@specialdelivery.com

Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this
<u>14th</u> day of September, 2021.



_____
Notary Public in and for the State of Texas

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523831-2
My Comm. Exp. March 21, 2025

**ESERVE**

**CITATION**

**DC-21-11752**

QUINCY BLAKLEY et al
vs.
GOLABS, INC. et al

ISSUED THIS
**7th day of September, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**VINCENT J. BHATTI**
**THE BHATTI LAW FIRM PLLC**
**5700 TENNYSON PARKWAY, SUITE 300**
**PLANO, TEXAS 75024**
**214-253-2533**
vincent.bhatti@bhattilawfirm.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

---

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

To:     **GOLABS, INC.**
        **2201 LUNA ROAD**
        **CARROLLTON, TEXAS 75006**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the 193rd District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being QUINCY BLAKLEY & KIMBERLY JOHNSON

Filed in said Court 27th day of August, 2021 against

**GOLABS, INC., TAO MOTORS, INC., LONGMAN ZHAO & QUIONG LI**
For Suit, said suit being numbered DC-21-11752, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **AND REQUEST FOR DISCLOSURE**,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 7th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By _____, Deputy
        ANGELA CONEJO

# OFFICER'S RETURN

Case No.: DC-21-11752

Court No. 193rd District Court

Style: QUINCY BLAKLEY et al

vs.

GOLABS, INC. et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M. on the _____ o'clock _____.M. Executed at

within the County of _____ at _____ o'clock _____.M. on the _____ day of

20 _____, by delivering to the within named _____.

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation    $ _____

For mileage    $ _____    of _____ County.

For Notary    $ _____    By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____.

to certify which witness my hand and seal of office.

_____
Notary Public    _____ County

## RETURN / AFFIDAVIT
## PROOF / ATTACHED

# EXHIBIT A-10

FILED
9/16/2021 1:13 PM
DISTRICT CLERK
DALLAS CO., TEXAS
Irasema Sutherland DEPUTY

## CAUSE NO. <u>DC-21-11752</u>

| | | |
|---|---|---|
| QUINCY BLAKLEY & KIMBERLY JOHNSON, | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff(s),** | § | |
| **vs.** | § | **193RD JUDICIAL DISTRICT** |
| | § | |
| GOLABS, INC., TAO MOTORS, INC., | § | |
| LONGMAN ZHAO & QUIONG LI, | § | |
| **Defendant(s).** | § | **DALLAS COUNTY, TEXAS** |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Thursday, September 9, 2021 at 5:08 AM,**
Executed at: **2201 LUNA ROAD, CARROLLTON, TX 75006**
within the county of **DALLAS at 11:40 AM, on Thursday, September 9, 2021,**
by delivering to the within named:

### TAO MOTORS, INC.

By personally delivering to its **Registered Agent ,  JIANXIN SU**
a true copy of this

### CITATION; PLAINTIFF'S PETITION and NOTICE OF INITIAL DISMISSAL HEARING

having first endorsed thereon the date of the delivery.

BEFORE ME, the undersigned authority, on this day personally appeared **Steven J. Treni** who after being duly sworn on oath states: "My name **is Steven J. Treni.** I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____
Steven J. Treni - PSC 1912 - Exp 4/30/23
served@specialdelivery.com

Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this
14th day of September, 2021.

_____
Notary Public in and for the State of Texas



CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523831-2
My Comm. Exp. March 21, 2025

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:     TAO MOTORS, INC.
        2201 LUNA ROAD
        CARROLLTON, TEXAS 75006

GREETINGS:

You have been sued.   You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.   Your answer should be addressed to the clerk of the 193rd District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being QUINCY BLAKLEY & KIMBERLY JOHNSON

Filed in said Court 27th day of August, 2021 against

GOLABS, INC, TAO MOTORS, INC., LONGMAN ZHAO & QUIONG LI

For Suit, said suit being numbered DC-21-11752, the nature of which demand is as follows:
Suit on EMPLOYMENT etc. as shown on said petition AND REQUEST FOR DISCLOSURE,
a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 7th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
        ANGELA CONEJO

---

ESERVE

CITATION

DC-21-11752

QUINCY BLAKLEY et al
vs.
GOLABS, INC. et al

ISSUED THIS
7th day of September, 2021

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

Attorney for Plaintiff
VINCENT J. BHATTI
THE BHATTI LAW FIRM PLLC
5700 TENNYSON PARKWAY, SUITE 300
PLANO, TEXAS 75024
214-253-2533
vincent.bhatti@bhattilawfirm.com

DALLAS COUNTY
SERVICE FEES
NOT PAID

## OFFICER'S RETURN

Case No. : DC-21-11752

Court No.193rd District Court

Style: QUINCY BLAKLEY et al

vs.

GOLABS, INC. et al

Came to hand on the _____ day of _____ , 20 _____ , at _____ o'clock _____ M. Executed at _____

within the County of _____ at _____ o'clock _____ M. on the _____ day of _____ .

20 _____ , by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation   $ _____

For mileage   $ _____   of _____ County. _____

For Notary   $ _____   By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 _____ .

to certify which witness my hand and seal of office.

_____ Notary Public _____ County _____

# RETURN / AFFIDAVIT
# PROOF / ATTACHED

# EXHIBIT A-11

FILED
9/16/2021 10:27 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Irasema Sutherland DEPUTY

**CAUSE NO. <u>DC-21-11752</u>**

| | | |
|---|---|---|
| QUINCY BLAKLEY &<br>KIMBERLY JOHNSON,<br><br>       Plaintiff(s),<br><br>vs.<br><br>GOLABS, INC., TAO MOTORS, INC.,<br>LONGMAN ZHAO & QUIONG LI,<br>       Defendant(s). | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br>193RD JUDICIAL DISTRICT<br><br><br>DALLAS COUNTY, TEXAS |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Wednesday, September 8, 2021 at 4:12 PM,**
Executed at: **2201 LUNA ROAD, CARROLLTON, TX 75006**
within the county of **DALLAS** at **11:40 AM,** on **Thursday, September 9, 2021,**
by individually and personally delivering to the within named:

### LONGMAN ZHAO

a true copy of this

### CITATION; PLAINTIFF'S PETITION and NOTICE OF INITIAL DISMISSAL HEARING

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Steven J. Treni** who after being duly sworn on oath states: "My name is **Steven J. Treni.** I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____

   Steven J. Treni - PSC 1912 - Exp 4/30/23
   served@specialdelivery.com

Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this
14th day of September, 2021.



Notary Public in and for the State of Texas

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523631-2
My Comm. Exp. March 21, 2025

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

To:   **LONGMAN ZHAO**
      **2201 LUNA ROAD**
      **CARROLLTON, TEXAS 75006**

**GREETINGS:**
You have been sued.   You may employ an attorney.   If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.   Find out more at TexasLawHelp.org.   Your answer should be addressed to the clerk of the **193rd District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.**

Said Plaintiff being **QUINCY BLAKLEY & KIMBERLY JOHNSON**

Filed in said Court **27th day of August, 2021** against

**GOLABS, INC., TAO MOTORS, INC., LONGMAN ZHAO & QUIONG LI**
For Suit, said suit being numbered **DC-21-11752** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **AND REQUEST FOR DISCLOSURE,**
a copy of which accompanies this citation.   If this citation is not served, it shall be returned unexecuted.

**WITNESS:** FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 7th day of September, 2021.

**ATTEST:** FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By _____ , Deputy
        ANGELA CONEJO

---

**ESERVE**

**CITATION**

**DC-21-11752**

**QUINCY BLAKLEY et al**
vs.
**GOLABS, INC. et al**

**ISSUED THIS**
**7th day of September, 2021**

**FELICIA PITRE**
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**VINCENT J. BHATTI**
THE BHATTI LAW FIRM PLLC
5700 TENNYSON PARKWAY, SUITE 300
PLANO, TEXAS 75024
214-253-2533
vincent.bhatti@bhattilawfirm.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

## OFFICER'S RETURN

Case No. : DC-21-11752

Court No.193rd District Court

Style: QUINCY BLAKLEY et al

vs.

GOLABS, INC. et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____

20 _____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

    For serving Citation    $ _____

    For mileage    $ _____ of _____ County.

    For Notary    $ _____ By _____ Deputy

        (Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____.

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

# RETURN / AFFIDAVIT
# PROOF / ATTACHED